1  BETSY C. MANIFOLD (182450)
   RACHELE R. BYRD (190634)
2  ALEX J. TRAMONTANO (276666)
   **WOLF HALDENSTEIN ADLER**
3   **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
4  San Diego, CA 92101
   Telephone: (619) 239-4599
5  Facsimile: (619) 234-4599
   manifold@whafh.com
6  byrd@whafh.com
   tramontano@whafh.com
7
   *Attorneys for Plaintiff*
8
   [Additional Counsel on Signature Page]
9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12
   | | |
   |---|---|
   | RONALD PEARL, derivatively on behalf of FLUX POWER HOLDINGS, INC., | Case No.: 3:25-cv-00373-W-JLB |
   | Plaintiff, | **JOINT MOTION TO STAY DERIVATIVE ACTION** |
   | v. | |
   | RONALD F. DUTT, CHARLES A. SCHEIWE, MICHAEL JOHNSON, MARK LEPOSKY, DALE T. ROBINETTE, LISA WALTERS-HOFFERT, and CHEEMIN BO-LINN, | |
   | Defendants, | |
   | and | |
   | FLUX POWER HOLDINGS, INC., | |
   | Nominal Defendant. | |

Plaintiff Ronald Pearl ("Plaintiff"), nominal defendant Flux Power Holdings, Inc. ("Flux Power" or the "Company"), and defendants Ronald F. Dutt, Charles A. Scheiwe, Michael Johnson, Mark Leposky, Dale T. Robinette, Lisa Walters-Hoffert, and Cheemin Bo-Linn, (the "Individual Defendants" and, together with Flux Power, "Defendants") hereby notify the Court that they have agreed, jointly stipulated, and now move to temporarily stay the above captioned action (the "Action") pending the outcome of the motion to dismiss that will be filed in the action styled *Kassam, et al. v. Flux Power Holdings, Inc., et al.*, 3:25-cv-00113-JO-DDL (S.D. Cal.), (the "Federal Securities Action").

WHEREAS, on January 7, 2025, in the District of Nevada, Plaintiff filed a shareholder derivative action on behalf of Flux Power alleging causes of action for breach of fiduciary duty, contribution and indemnification, unjust enrichment, and waste of corporate assets against the Individual Defendants, captioned *Pearl v. Dutt, et al.*, 3:25-CV-00042-JAD-NJK (the "Derivative Action");

WHEREAS, on January 31, 2025, Defendants filed an Unopposed Motion To Transfer Plaintiff's Derivative Complaint from the District of Nevada to the Southern District of California (ECF No. 17);

WHEREAS, on February 19, 2025, the Hon. Jennifer A. Dorsey entered an Order granting Defendants' motion, transferring the Derivative Action to this Court (ECF No. 20);

WHEREAS, on February 20, 2025, the Derivative Action was transferred in from District of Nevada and was assigned a new case number, 3:25-cv-00373-W-JLB (ECF No. 21);

WHEREAS, the claims in the Derivative Action are related to those in the Federal Securities Action;

WHEREAS, there is legal and factual overlap among the Derivative Action and the Federal Securities Action;

WHEREAS, after meeting and conferring, Plaintiff and Defendants (together, the "Parties") agree that the resolution of the Federal Securities Action may inform the manner in which the Derivative Action proceeds; and

WHEREAS, the Parties agree that, in the interests of judicial economy and preservation of the Court's and the Parties' resources, there is good cause to temporarily stay all proceedings in the Derivative Action until the anticipated motion to dismiss in the Federal Securities Action is ruled upon.

**NOW THEREFORE**, it is hereby stipulated by and between the undersigned, and the parties jointly move for an order, that:

1.  Upon occurrence of any of (1) the dismissal of the Federal Securities Action, with prejudice, by the court, and exhaustion of all appeals related thereto; or (2) the denial of any motion to dismiss the Federal Securities Action in whole or in part, then the Parties shall notify the Court within fourteen (14) business days after the occurrence of any of the events above.

2.  Defendants shall promptly notify Plaintiff upon becoming aware of any related derivative actions, including, but not limited to, books and records demands or litigation demands.

3.  The Parties agree that if a court declines to stay any related derivative action for a similar or longer duration than the Derivative Action, each of the Parties has the option to terminate the stay by giving fourteen (14) business days' notice in writing to the undersigned counsel for the other Parties via email.

4.  The Parties agree that during the pendency of this stay, Defendants shall inform Plaintiff promptly upon the scheduling of any mediation or settlement talks with the plaintiffs in the Federal Securities Action and shall request to include Plaintiff in any mediation or settlement talks with the plaintiffs in the Federal Securities Action.  In the event that for any reason Plaintiff is not included in the mediation with plaintiffs in the Federal Securities Action, then Defendants agree to mediate in good faith with Plaintiff in

the Derivative Action at or about the same time. The Parties further agree that Defendants shall in good faith inform Plaintiff's Counsel promptly upon the scheduling of any mediation or settlement talks with any other derivative plaintiffs who have asserted claims substantially similar to the claims asserted by Plaintiff herein and shall request to include Plaintiff in any such mediation or settlement talks and negotiate in good faith with Plaintiff to resolve Plaintiff's claims, or mediate in good faith with Plaintiff in the Derivative Action separately at or about the same time.

5.   The Parties agree that notwithstanding this stay of this Derivative Action, Plaintiff may file an amended complaint; however, Defendants need not answer or otherwise respond to the amended complaint (or the original Complaint) or to any other complaint or amended complaint that is filed in or consolidated with the above-captioned action during the pendency of this stay.

6.   In the event that Defendants produce any documents in response to any shareholder demand for an inspection of books and records on behalf of the Company, then copies of such documents shall be provided to Counsel for Plaintiff within ten (10) days of such production, subject to the execution by Plaintiff of a customary confidentiality agreement governing the use and disclosure of these materials.

7.   This stay shall not apply to any motions, stipulations, or any other related filings pertaining to consolidation of related shareholder derivative actions and/or appointment of lead plaintiff(s) and lead and liaison counsel(s).

8.   Within twenty (20) days after the termination of the stay, the parties in the Derivative Action shall meet and confer in good faith to determine how best to proceed in the action and submit to the Court a proposed scheduling order governing further proceedings in the Derivative Action.

9.   In the event that Defendants agree to terms or conditions in connection with any stipulation, agreement, or motion to stay a related derivative action that are more

3
JOINT MOTION TO STAY DERIVATIVE ACTION

favorable to the plaintiff(s) therein, those more favorable terms or conditions shall be deemed incorporated into this stipulation.

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

Dated: March 27, 2025     By:   */s/ Alex J. Tramontano*
Alex J. Tramontano

Betsy C. Manifold (182450)
Rachele R. Byrd (190634)
Alex J. Tramontano (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com
Email: byrd@whafh.com
Email: tramontano@whafh.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Fl.
New York, New York 10016
Phone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff*


**WILSON SONSINI**

Dated: March 27, 2025     By:   */s/ Caz Hashemi*
Caz Hashemi
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 320-4827
Email: chashemi@wsgr.com

*Counsel for Defendants Ronald F. Dutt, Michael Johnson, Mark Leposky, Dale T. Robinette, Lisa Walters-Hoffert, Cheemin Bo-Linn and Flux Power Holdings, Inc.*

**WILSON ELSER**

Dated: March 27, 2025  By:  */s/ David Aveni*
David Aveni
401 West A Street, Suite 1900
San Diego, CA, 92101
Telephone: (619) 881-3307
Email: david.aveni@wilsonelser.com

*Counsel for Defendant Charles A. Scheiwe*

\*   \*   \*

**ECF ATTESTATION**

Pursuant to S.D. Cal. ECF Administrative Policies and Procedures Manual § 2(f)(4), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: March 27, 2025                         */s/ Alex J. Tramontano*
ALEX J. TRAMONTANO